IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00382-RPM-MJW

BOBBY M. GRAHAM,

    Plaintiff,

v.

FOXWORTH GALBRAITH LUMBER COMPANY,

    Defendant.

_____

### ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS
_____

**THIS MATTER**, having come before the Court, the Court having received and reviewed the Plaintiff's Motion to Dismiss, and having reviewed the file and being fully advised in the premises, it is

**ORDERED** that the Plaintiff's Motion to Dismiss the instant case 08-cv-00382-RPM-MJW without prejudice is granted.

**DATED:** February 27th, 2008.

        BY THE COURT:

        s/Richard P. Matsch

        _____
        Richard P. Matsch, Senior Judge