IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00382-RPM-MJW

BOBBY M. GRAHAM,

    Plaintiff,

v.

FOXWORTH GALBRAITH LUMBER COMPANY,

    Defendant.

## ORDER GRANTING PLAINTIFF'S MOTION TO RETURN FILING FEE

**THIS MATTER**, having come before the Court, the Court having received and reviewed the Plaintiff's Motion to Return Filing Fee, and having reviewed the file and being fully advised in the premises, the Court

**ORDERS** the refund of Plaintiff's $350.00 filing fee previously paid in case 08-cv-00382-RPM-MJW.

**DATED** this 28th day of February, 2008.

BY THE COURT:

s/Richard P. Matsch

_____

Richard P. Matsch, Senior Judge